IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONNIE D. WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-908-DRH |
| | ) |
| **EDDIE JONES,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court *sua sponte.*

On May 26, 2010, this Court issued an order revoking Plaintiff's *pauper* status under 28 U.S.C. § 1915 because Plaintiff was barred from proceeding as a *pauper* by the "three strikes" provision in § 1915(g). *See* (Doc. 164). The Court directed Plaintiff to pay the full filing fee within fifteen days. *Id.* Plaintiff was warned that if he failed to pay the filing fee within the time specified, then his case would be dismissed for failing to comply with the Court's order. *Id.*

More than fifteen days have passed and the Court's records indicate that Plaintiff has failed to pay the full filing as previously directed.

Accordingly, Plaintiff's complaint is **DISMISSED**, with prejudice, for failing to comply with an order of this Court . Fed. R. Civ. P. 41(b); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir.

1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED:** June 16, 2010

/s/     DavidRHerndon
**DISTRICT JUDGE**